UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 10-1812 & 10-1834
UNITED STATES OF AMERICA

v.

RICHARD REEVEY,
                              Appellant in 10-1812


ANTHONY WILLIAMS,
                              Appellant in 10-1834

(D.N.J. Nos. 08-cr-00445-002; 08-cr-00527-001)


Present:        BARRY, CHAGARES and VANASKIE, Circuit Judges

                Motion by Appellee USA to Publish Opinion dated 12/14/2010.


                                        Respectfully,
                                        Clerk/pdb
_____**ORDER**_____

**The foregoing motion is granted.**



                                        By the Court,

                                        **s/ Thomas I. Vanaskie**
                                        Circuit Judge

Dated: January 18, 2011
PDB/cc: All Counsel of Record